THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMEER WALKER, Appellant. [988 NYS2d 518]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Penny M. Wolfgang, J.—Robbery, 1st Degree). Present—Scudder, P.J., Fahey, Peradotto, Lindley and Sconiers, JJ.